

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# PETITION FOR WRIT OF HABEAS CORPUS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### PERSONS IN FEDERAL CUSTODY

Timothy Demitri Brown
(Full name under which convicted)
PETITIONER

10979-035
(Prisoner number)

v.

Warden Ciolli USP Thomson
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)
Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**RECEIVED**

SEP 14 2021 cm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:21-cv-04868
Presiding Judge Gary Feinerman
Magistrate Judge Jeffrey Cole
PC 10
RANDOM

If petitioner is serving a sentence under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: __Western District of Louisiana, Alexandria Louisiana__.

2. Date of judgment of conviction: __May 10, 2001__.

3. Length of sentence: __Life__.

4. Nature of offense involved (all counts with indictment number of each, if known):
   __1. Conspiracy, 2-8 Drugs, 9-11 Money Laundering__

5. What was your plea? (Check one)
   - (A) Not Guilty ( ✓ )
   - (B) Guilty ( )
   - (C) Nolo Contendere ( )

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____
   _____
   _____

6. Kind of trial: (Check one)
   - (A) Jury ( ✓ )
   - (B) Judge only ( )

7. Did you testify at trial?
   Yes ( ✓ )    No ( )

8. Did you appeal from the judgment of conviction or imposition of sentence?
   Yes ( ✓ )    No ( )

   (A) If you did appeal, answer the following:
   
   (1) Name of court: __Fifth Circuit Court of Appeals__

2

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:21-cv-50363 Document #: 1 Filed: 09/14/21 Page 3 of 10 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (2) Result: __Denied__

    (3) Date of result: __unknown 2004__

    (4) Issues raised: __Jurisdiction, Booker__

9. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions pursuant to 28 U.S.C. § 2255 with respect to this judgment in any federal court?

    Yes ( ✓ )      No ( )

10. If your answer to question (9) was YES, give the following information:

  (A) (1) Name of court: __U.S. Supreme Court 03-10424__

    (2) Nature of proceeding: __Writ of Certorari__

    (3) Grounds raised: __Jurisdiction, Booker__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ( )      No ( ✓ )

    (5) Result: __Denied as to me, Granted as to Co-defendant__

    (6) Date of result: __January 2005, 03-10424__

  (B) As to any second petition, application, or motion, give the same information.

    (1) Name of court: __Western District of Louisiana__

    (2) Nature of proceeding: __2255__

3

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (3)    Grounds raised: __Jurisdiction, Booker__

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )    No (✓)

    (5)    Result: __denied__

    (6)    Date of result: __unknown 2005__

(C)    As to any third petition, application, or motion, give the same information.

    (1)    Name of court: __Western District of Louisiana__

    (2)    Nature of proceeding: __First Step Act__

    (3)    Grounds raised: __Change in Law under the First Step Act__

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )    No (✓)

    (5)    Result: __denied__

    (6)    Date of result: __Dec. 2019__

(D)    Did you appeal the result to the federal appellate court having jurisdiction?

    (1)    First petition, etc.    Yes (✓)  No ( )
    (2)    Second petition, etc.  Yes (✓)  No ( )
    (3)    Third petition, etc.    Yes (✓)  No ( )

(E)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

4

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

11. If you did not file a motion under Section 2255 of Title 28 United States Code, or if you filed such motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

    Alleyne was decided in 2013 (Issue One) Chazen v. Marske 2019 U.S. App. Lexis @ 25 (original 2255 was 2005) and petitioner had not completed the twenty year max.

    Issue Two - The government continues to withhold the exculpatory evidence (finger prints analysis), even after repeated court orders. FBI Agent Klocke has also admitted withholding this and other exculpatory evidence.

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. You should raise in this petition all available grounds for relief which relate to the conviction under attack. Failure to do so may bar you from presenting additional grounds at a later date.

    (A) Ground one: Have completed maximum sentence
    Supporting FACTS (tell your story briefly without citing cases or law):

    Petitioner was charged with no specific drug amount under a general conspiracy charge with also different possession and distribution charges. None of these charges contained a specific amount and the jury only convicted me under a general form without contributing any amount to me. As such, my lawful maximum sentence could only be under the general drug statute 21 U.S.C. § 841(b)(1)(C) which has a max of twenty years. As of today petitioner has been held OVER TWENTY years. The U.S. Attorney Office has conceded to this issue!

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(B) Ground two: **Actual Innocence - Withheld Exculpatory Evidence**
Supporting **FACTS** (tell your story briefly without citing cases or law):

Petitioner was charged with drug distribution. Yet, the fingerprint evidence shows that petitioner was not the individual responsible for these alleged packages. This exculpatory evidence continues to be withheld, it shows petitioner to be actually innocent.

The main government witness, Chadrick McNeal, has admitted that he never received these alleged packages from petitioner and he actually got them from government informants named Milton Thomas and John L. Jones.

This withheld exculpatory evidence would have required the court to grant the judgment of acquittal motion had it not been withheld, whereas no unbias juror could have found petitioner guilty with this evidence corroborated the alibi hotel and airline receipts showing petitioner could not have been in Alexandria, Louisiana at the time of these alleged incidents.

(C) Ground three: _____
Supporting **FACTS** (tell your story briefly without citing cases or law):

6

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:21-cv-50363 Document #: 1 Filed: 09/14/21 Page 7 of 10 PageID #:7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(D) Ground four: _____
Supporting **FACTS** (tell your story briefly without citing cases or law):

_____

13. Has any ground set forth in question (12) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under Section 2255 of Title 28, United States Code, or any petition, motion or application.

    Yes ( ✓ )   No ( )

14. If you answered "**YES**" to question (13), state briefly what grounds were previously presented, and name the proceedings in which each ground was raised:

    Ground Two - Civil Suit under Freedom of Information Act  D.C.

7

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

15. Do you have any petition or appeal now pending in any federal court, as to the judgment under attack?

 Yes ( )   No (✓)

 (A) If yes, state the name of the court and the nature of the proceeding.

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

 (A) At preliminary hearing: Timothy A. Meche

 (B) At arraignment and plea: Timothy A. Meche

 (C) At trial: N/A

 (D) At sentencing: N/A

 (E) On appeal: Daniel Stanford

 (F) In any post-conviction proceedings: Dustin Talbot, Peter Black

 (G) On appeal from any adverse ruling in a post-conviction proceeding:

17. Were you sentenced on (more than one count of an indictment), or on more than one indictment, in the same court and at the same time?

 Yes (✓)   No ( )

8

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

18. Do you have any future sentence to serve after you complete the sentence imposed by judgment under attack?

        Yes ( )        No ( ✓ )

(A) If **YES,** give the name and location of the court which imposed sentence to be served in the future:

_____

(B) And give the date and length of sentence to be served in the future

_____
_____
_____

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____      *T. D. Brown*
Signature of Attorney (if any)      Signature of Petitioner

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on *Aug. 27, 2021*
                 (Date)

*T. D. Brown*
(Signature of Petitioner)

*Timothy Demitri Brown*
(Mailing Address for Petitioner)
*AUSP Thomson 10979-035*
*P.O. Box 1002*
*Thomson, IL 61285*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Timothy Demitri Brown
Administrative USP Thomson
10979-035
P.O. Box 1002
Thomson, IL 61285





7021 0350 0000 7010 9379

09/14/2021-21

1:21-cv-04868
Presiding Judge Gary Feinerman
Magistrate Judge Jeffrey Cole
PC 10
RANDOM

Clerk of the United States District Court
Prisoner Correspondent
219 South Dearborn Street
20th Floor
Chicago, Illinois 60604